THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES W. HANSEN, Appellant.— Judgment of conviction of the County Court of Nassau county and order affirmed. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GIUSEPPE LA MORGESE, Appellant.— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK STEIGER, Appellant.— Judgment of conviction of the County Court of Queens county affirmed. No opinion. Kelly, P. J., Rich and Manning, JJ., concur; Young and Kapper, JJ., dissent upon the ground that under the charge of illegal possession, it was error to admit the testimony of the witness Flood (emphasized in the district attorney's summation), that the beverage purchased by him affected his sight and required him to obtain medical and hospital treatment therefor.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM VAN AALST, Appellant.— It was necessary, to warrant a conviction, that the fact of the assault should be proved by evidence from another source than the defendant's confession. The record is barren of any such proof, save the circumstances that the complainant had reported the defendant to the school authorities for an infraction of the rules, and that the defendant was present at the scene of the alleged assault. (*People* v. *Roach*, 215 N. Y. 592, 600; *People* v. *Krauss*, 192 App. Div. 403.) The judgment of conviction of the Court of Special Sessions is, therefore, reversed on the law and facts, and the defendant discharged. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

LEONARD ROEHRIG, Respondent, v. WASHINGTON BULKLEY, INC., Appellant. — Order granting motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GIUSEPPE SARNO, Respondent, v. AMERICAN SUGAR REFINING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

WILLIAM V. SCHMIDT, Respondent, v. WASHINGTON BULKLEY, INC., Appellant.— Order granting motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.